UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MIKE CADET,**

    **Plaintiff,**

v.                                            Case No. 3:23cv17134-TKW-HTC

**LIEUTENANT WHEATON, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Reports and Recommendation (R&Rs) (Docs. 34, 35). No objections were filed.

Upon due consideration of the R&Rs and the case file, the Court agrees with the magistrate judge's determination that Defendants' motions to dismiss should be granted and this case should be dismissed based on Plaintiff's failure to exhaust his administrative remedies. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's R&Rs are adopted and incorporated by reference in this Order.

2. Defendants' motions to dismiss (Docs. 25, 31) are **GRANTED**, and all of Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** based on his failure to exhaust his administrative remedies as required by 42 U.S.C. §1997e(a).

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 20th day of February, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**